IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANCIS J. HENKEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 18-01944 CFC |
| v. | ) |
| | ) |
| TOWER HILL SCHOOL ASSOCIATION, | ) JURY DEMAND |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

| CLARK HILL, PLC | MORRIS JAMES, LLP |
|---|---|
| /s/ *Margaret M. DiBianca* | /s/ *Allyson Britton DiRocco* |
| Margaret M. DiBianca, Esq. (No. 4539) | Allyson Britton DiRocco, Esq. (No. 4830) |
| 824 N. Market Street, Ste. 710 | 500 Delaware Avenue, Ste. 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Phone: (302) 250-4748 | Telephone: (302) 888-5210 |
| Email: mdibianca@clarkhill.com | Email: adirocco@morrisjames.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: November 14, 2019 | Dated: November 14, 2019 |

SO ORDERED this 15th day of November, 2019.

_____
The Honorable Colm F. Connolly